

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.,**
Appellant

v.

Keath **GARRISON** and Kassie Garrison,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

# O R D E R

Court reporter Debra Jimenez's request for an extension of time to file the record in this accelerated appeal is granted. We order the record due **December 4, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court